■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN BEST, Appellant. [951 NYS2d 866]—

The court properly exercised its discretion in denying defendant's motion to withdraw his plea (*see People v Frederick*, 45 NY2d 520 [1978]). "[T]he nature and extent of the fact-finding procedures on such motions rest largely in the discretion of the court" (*People v Fiumefreddo*, 82 NY2d 536, 544 [1993]). The record establishes the voluntariness of the plea. The court, which accorded defendant a suitable opportunity to be heard, had sufficient information upon which to reject defendant's claim that medication affected his ability to understand the proceedings (*see People v Alexander*, 97 NY2d 482 [2002]).

We perceive no basis for reducing the sentence. Concur—Saxe, J.P., Sweeny, Richter, Abdus-Salaam and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOBAL MARTINEZ, Appellant. [953 NYS2d 179]—

Concur—Saxe, J.P., Sweeny, Richter, Abdus-Salaam and Román, JJ.